Rajwinder Kaur
16 Virginia Rd.
Lake Grove, NY 11755
RoutinePayments@gmail.com
Plaintiff, In *Pro Per*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAJWINDER KAUR, an individual<br><br>as Plaintiff,<br><br>vs.<br><br>EQUIFAX, INC., a corporation; EQUIFAX INFORMATION SERVICES, LLC, a corporation; EXPERIAN INFORMATION SOLUTIONS, INC, a corporation; TRANS UNION, LLC, a corporation; and DOES 1-10, inclusive<br><br>Defendant(s). | Case No. CV 20-2614(JS) (AYS)<br><br><br>PLAINTIFF'S RULE 26(a)(1) DISCLOSURES |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Rajwinder Kaur, ("Plaintiff"), in *pro per*, makes the following initial disclosures.

**A. The name and, if known, the address and telephone number of each individual likely to have discoverable information - along with the subjects of that information - that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

Plaintiff has not yet discovered all individuals who may have discoverable, non-privileged information that may support Plaintiff's claims in this case.

To date, Plaintiff has identified the following:

1. Mark Begor, CEO                                    Knowledge of company policies and
   Equifax                                            procedures.
   1550 Peachtree Street, NW, H46
   Atlanta, GA 30309

2. John W. Gamble, Jr., Corporate V.P.                Knowledge of company policies and
   Equifax                                            procedures.
   1550 Peachtree Street, NW, H46
   Atlanta, GA 30309

3. Mike Rogers, Chairman                              Knowledge of company policies and

|   |   |   |
|---|---|---|
|   | Experian<br>475 Anton Blvd<br>Costa Mesa, CA 92626 | procedures. |
| 4. | Kerry Williams, COO<br>Experian<br>475 Anton Blvd<br>Costa Mesa, CA 92626 | Knowledge of company policies and procedures. |
| 5. | Christopher Cartwright, President & CEO<br>TransUnion<br>555 W. Adams Street<br>Chicago, IL 60661 | Knowledge of company policies and procedures. |
| 6. | John T. Danaher, Pres., Consumer Interactive<br>TransUnion<br>555 W. Adams Street<br>Chicago, IL 60661 | Knowledge of company policies and procedures. |

7. Plaintiff also reserves the right to cross-examine any and all witnesses identified by Defendants, or any other party to this lawsuit.

8. Any employee, department head or corporate officer employed by Defendant(s) with knowledge of company policies and procedures, or participating in the drafting of documents in response to Plaintiff's correspondence, including a competent witness of:

Equifax
PO Box 740256
Atlanta, GA 30374-0256

Experian Disputes Office
PO Box 4500
Allen, TX 75013

TransUnion, Consumer Dispute Center
P.O. Box 2000
Chester, PA 19016

9. Plaintiff reserves the right to supplement her response to this disclosure.

**B. A copy or a description by category and location - of all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

1. Correspondence sent by Plaintiff to Defendant attempting to resolve issues before litigation.

2. Information from Plaintiff's credit report(s) showing the Defendants failed to accurately report credit information.

3. Evidence of Defendants' response to Plaintiff's request for full consumer file disclosure.

4. Evidence of Defendants' investigation, procedures and results as to each account disclosed during credit reporting.

5. Evidence of Defendants' reinvestigation, procedures and results as to each account disclosed during credit reporting.

**C. Computation of each category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Plaintiff seeks the following from each Defendant as follows:

As to all Defendants, statutory damages in the amount of $1,000.00 each for violation(s) of the Fair Credit Reporting Act, and $5,000.00 for punitive damages, emotional distress, and/or any other relief available by a jury;

Plus costs of bringing the action in the amount of $850.00, plus any additional costs incurred while pursuing claims against Defendant.

**D. For inspection and copying as under Rule 34, any insurance or bond agreement under which an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payment made to satisfy the judgment.**

NA

Respectfully submitted this 25th day of August, 2020.

By: /s/ Rajwinder Kaur
_____
Rajwinder Kaur
Plaintiff, In *Pro Per*
Without prejudice

## CERTIFICATE OF SERVICE

I, Rajwinder Kaur, certify that a true and correct copy of PLAINTIFF'S RULE 26(a)(1) DISCLOSURES, was served via electronic mail to all counsel of record on August 25th and placed in an envelope with proper postage affixed, and mailed on August 25, 2020 via US Postal Service, First-Class mail as follows:

Original and 1 copy to:

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Copies to:

SEYFARTH SHAW LLP
Courtney Stieber
620 Eighth Avenue
New York, NY 10018

Copies to:

JONES DAY
Ashley D. Burman
250 Vesey Street
New York, NY 10281

SCHUCKIT & ASSOCIATES, P.C.
Camille Nicodemus, Esq.
4545 Northwestern Drive
Zionsville, IN 46077

Date: August 25th, 2020

By: /s/ Rajwinder Kaur
_____