UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------ X

RAJWINDER KAUR, an individual,

          Plaintiff,

    -against-

EQUIFAX, INC., a corporation; EQUIFAX
INFORMATION SERVICES, LLC, a
corporation; EXPERIAN INFORMATION
SOLUTIONS, INC., a corporation; TRANS
UNION, LLC, a corporation; and DOES 1-
10, inclusive,

         Defendants.

------------------------------------------------------ X

Index No. CV-20 2614

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 27, 2020, Defendant Equifax Information Services LLC

served all counsel of record and pro se Plaintiff Rajwinder Kaur with its Initial Disclosures

pursuant to Rule 26(a)(1) via electronic mail and additionally served the document via U.S. Mail

addressed as follows:

      Rajwinder Kaur
      16 Virginia Road
      Lake Grove, NY 11755
      *Pro Se Plaintiff*

Dated: New York, New York
        September 4, 2020

SEYFARTH SHAW LLP


By:*/s/ Courtney Stieber*
     Courtney Stieber
     cstieber@seyfarth.com
     620 Eighth Avenue
     New York, New York  10018
     Telephone:  (212) 218-5500
     Facsimile:  (212) 218-5526

Attorneys for Defendants
EQUIFAX INC. and EQUIFAX
INFORMATION SERVICES LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 4, 2020, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to all counsel of record and served the foregoing document via U.S. Mail addressed as follows:

> Rajwinder Kaur
> 16 Virginia Road
> Lake Grove, NY 11755
> *Pro Se Plaintiff*


> */s/ Courtney Stieber*
> Courtney Stieber

65592451v.1