UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- X

RAJWINDER KAUR, an individual,

            Plaintiff,

  -against-

EQUIFAX, INC., a corporation; EQUIFAX INFORMATION SERVICES, LLC, a corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a corporation; TRANS UNION, LLC, a corporation; and DOES 1-10, inclusive,

            Defendants.

------------------------------------------------------- X

Index No. CV-20 2614

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2020, Defendant Equifax Information Services LLC provided all counsel of record and pro se Plaintiff Rajwinder Kaur with the text entry constituting the Court's Discovery Order as directed by the Court during the initial conference held on September 1, 2020.

Dated: New York, New York
        September 4, 2020

SEYFARTH SHAW LLP


By:*/s/ Courtney Stieber*
   Courtney Stieber
   cstieber@seyfarth.com
   620 Eighth Avenue
   New York, New York  10018
   Telephone:  (212) 218-5500
   Facsimile:  (212) 218-5526

Attorneys for Defendants
EQUIFAX INC. and EQUIFAX
INFORMATION SERVICES LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on September 4, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record and served the foregoing document via U.S. Mail addressed as follows:

      Rajwinder Kaur
      16 Virginia Road
      Lake Grove, NY 11755
      *Pro Se Plaintiff*

      */s/ Courtney Stieber*
      Courtney Stieber

65592417v.1