UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RAJWINDER KAUR, an individual,

        Plaintiff,

-against-

EQUIFAX, INC., a corporation; EQUIFAX INFORMATION SERVICES, LLC, a corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a corporation; TRANS UNION, LLC, a corporation; and DOES 1-10, inclusive,

        Defendants.

---

Index No. CV-20 2614

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Rajwinder Kaur, and Defendants Equifax Inc. and Equifax Information Services LLC, that the above-titled action is hereby dismissed with prejudice against Defendants Equifax Inc. and Equifax Information Services LLC. Each party will bear their own costs and attorney's fees.

Dated: New York, New York
         December 3, 2020          RAJWINDER KAUR

By:*/s/ Rajwinder Kaur (with permission)*
    Rajwinder Kaur
    16 Virginia Road
    Lake Grove, NY 11755

*Pro Se Plaintiff*

SEYFARTH SHAW LLP

By:*/s/ Courtney Stieber*
    Courtney Stieber
    cstieber@seyfarth.com
    620 Eighth Avenue
    New York, New York 10018
    Telephone: (212) 218-5500
    Facsimile: (212) 218-5526

*Attorneys for Defendants*
*EQUIFAX INC. and EQUIFAX*
*INFORMATION SERVICES LLC*

2
67013032v.1

# CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record and served the foregoing document via U.S. Mail addressed as follows:

>Rajwinder Kaur
>16 Virginia Road
>Lake Grove, NY 11755
>*Pro Se Plaintiff*

>>*/s/ Courtney Stieber*
>>Courtney Stieber

67013032v.1